CIFG ASSURANCE NORTH AMERICA, INC., Appellant, v CREDIT SUISSE SECURITIES (USA) LLC, Respondent.

Submitted March 21, 2016; decided May 10, 2016

Motion by the Association of Financial Guaranty Insurers for leave to appear amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.